UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TODD J. LABROSSE | CIVIL ACTION |
| VERSUS | NO. 12-74 |
| SWIFT TRANSPORTATION CORPORATION | SECTION "H" (2) |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the Complaint of Todd J. Labrosse is hereby **DENIED WITHOUT PREJUDICE** for failure to prosecute and/or pursuant to Fed. R. Civ. P. 4(m). A judgment shall be entered in accordance with this Order.

New Orleans, Louisiana, this 5th day of July, 2012.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE